```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED:  4/20/2023
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------------------
SILONY MEDICAL INTERNATIONAL, AG,

                Plaintiff,

-against-                              23 Civ. 1784 (AT)

SWK FUNDING LLC,                        **ORDER**

                Defendant.
--------------------------------------------------

ANALISA TORRES, District Judge:

      The Court has reviewed the parties' letters dated April 12 and 19, 2023. ECF Nos. 20, 26. Accordingly:

1. Defendant's request to file a motion to dismiss pursuant to Federal Rules of Civil Procedure 9(b) and 12(b)(6) is GRANTED;
2. By **May 25, 2023**, Defendant shall file its motion to dismiss;
3. By **June 15, 2023**, Plaintiff shall file its opposition papers;
4. By **June 29, 2023**, Defendant shall file its reply, if any.

      SO ORDERED.

Dated: April 20, 2023
       New York, New York

                                                ANALISA TORRES
                                       United States District Judge