UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILONY MEDICAL INTERNATIONAL, AG,

                Plaintiff,

-against-

SWK FUNDING LLC,

                Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: __10/19/2023__

23 Civ. 1784 (AT)

**ORDER**

ANALISA TORRES, District Judge:

The case management conference scheduled for November 7, 2023, is ADJOURNED to **November 9, 2023**, at **11:40 a.m.**

SO ORDERED.

Dated: October 19, 2023
       New York, New York

ANALISA TORRES
United States District Judge