UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SILONY MEDICAL INTERNATIONAL, AG,

          Plaintiff,

-against-

SWK FUNDING LLC,

          Defendant.

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 11/01/2023

23 Civ. 1784 (AT)

**ORDER**

ANALISA TORRES, District Judge:

    The case management conference scheduled for November 9, 2023, is ADJOURNED *sine die*.

    SO ORDERED.

Dated: November 1, 2023
       New York, New York

                                                  ANALISA TORRES
                                      United States District Judge