```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: _11/07/2023_
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------
SILONY MEDICAL INTERNATIONAL, AG,

                            Plaintiff,

       -against-                                      23 Civ. 1784 (AT)

SWK FUNDING LLC,                            **ORDER**

                            Defendant.
-------------------------------------------------------------

ANALISA TORRES, District Judge:

       The Court has reviewed Defendant's pre-motion letter requesting leave to file a motion for summary judgment. ECF No. 39. The Court shall hold Defendant's request in abeyance pending its decision on Defendant's motion to dismiss.

       SO ORDERED.

Dated: November 7, 2023
       New York, New York

                                                          ANALISA TORRES
                                             United States District Judge