**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------X
SILONY MEDICAL INTERNATIONAL, AG,

                Plaintiff,

-against-                                           23 **CIVIL** 1784 (AT)

                                                               **<u>JUDGMENT</u>**

SWK FUNDING LLC,

                Defendant.
-----------------------------------------------------------------X

      It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated February 20, 2024, Defendants' motion to dismiss is GRANTED. Accordingly, the case is closed.

**Dated:** New York, New York

      February 21, 2024

                                                                  **RUBY J. KRAJICK**
                                                                     **Clerk of Court**

                                      **BY:** _____
                                                                    **Deputy Clerk**